IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Susan Boykin, individually and as a personal representative of the estate of Philip Boykin, | ) ) ) | C/A No.: 3:13-cv-417-JFA |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER GRANTING MOTION TO COMPEL |
| Spectrum Lubricants Corp.; Acuity Specialty Products, Inc.; Zep, Inc.; Acuity Specialty Products Group, Inc.; Safety Kleen Systems, Inc.; Bel-Ray Company, Inc.; Wurth USA, Inc.; Wurth Service Supply, Inc.; Wurth Action Bolt & Tool Co.; Exxon Mobil Corporation; Yamaha Motor Corporation; Advance Auto Parts, Inc.; Winzer Corporation; John Does 1–100; Idemitsu Lubricants American Corporation, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

For good cause shown, this court hereby grants Defendant Winzer Corporation's Motion to Compel. ECF No. 72. Plaintiff is directed to respond to the supplemental interrogatories and requests for production of documents propounded by Defendant Winzer within fifteen days of the date of this order.

IT IS SO ORDERED.

May 29, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge