IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Susan Boykin, individually and as a personal representative of the estate of Philip Boykin,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Spectrum Lubricants Corp.; Acuity Specialty Products, Inc.; Zep, Inc.; Acuity Specialty Products Group, Inc.; Safety Kleen Systems, Inc.; Bel-Ray Company, Inc.; Wurth USA, Inc.; Wurth Service Supply, Inc.; Wurth Action Bolt & Tool Co.; Exxon Mobil Corporation; Yamaha Motor Corporation; Advance Auto Parts, Inc.; Winzer Corporation; John Does 1–100; Idemitsu Lubricants American Corporation,<br><br>　　　　　　Defendants. | C/A No.: 3:13-417-JFA<br><br><br>ORDER |

　　　In an order entered on the docket on January 3, 2014, this court granted plaintiff's motion to amend the complaint and indicated its intention to remand this action to the state court. On that same date, through an unexpected family gift, the undersigned became an owner of stock in one of the many corporate defendants in this action.

　　　Stock ownership, no matter how small, mandates that this court recuse itself in this action.

　　　For this reason, the order of January 3, 2014, is hereby vacated. The Clerk will reassign this case to a new judge, and the motion to amend and remand will be before the new judge for disposition.

　　　IT IS SO ORDERED.

January 6, 2014　　　　　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　　　United States District Judge