# Exhibit 1
# Invoices to Columbia Power Sports

# INVOICE

Invoice Number: 738  
Invoice Date: Feb 24, 2004  
Page: 1  

*Duplicate*

Voice:  
Fax:  

**Bill To:**  
Columbia Power Sports  
Attn: Keren  
6217 Two Notch Road  
Columbia, SC 29223  

**Ship to:**  
Columbia Power Sports  
3750 Fernandina Road  
Columbia, SC 29210  

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Columbia Power S-643 | Fernadina Road | Net 30 Days | |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| JMS | | 2/18/04 | 3/25/04 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 3.00 | Non-Haz Dispo | Non-Hazardous Waste Disposal, Oil/Water Drums, Manifest # 29743 | 55.00 | 165.00 |
| 1.00 | Parts Washer-217 | Parts Washer Sign Up, Model C-20 | 40.00 | 40.00 |
| 1.00 | Parts Washer-221 | Parts Washer Servicing | 90.00 | 90.00 |

Check/Credit Memo No: 4014

| | |
|---|---|
| Subtotal | 295.00 |
| Sales Tax | |
| Total Invoice Amount | 295.00 |
| Payment/Credit Applied | 295.00 |
| **TOTAL** | 0.00 |

# INVOICE

Invoice Number: 739  
Invoice Date: Feb 24, 2004  
Page: 1

*Duplicate*

Voice:  
Fax:

**Bill To:**  
Columbia Power Sports  
Attn: Keren  
6217 Two Notch Road  
Columbia, SC 29223

**Ship to:**  
Columbia Power Sports  
3750 Fernandina Road  
Columbia, SC 29210

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Columbia Power S-643 | Two Notch Road | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| JMS | | | 3/25/04 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | Parts Washer-217 | Parts Washer Installation, (Bill of Lading # 270451) | 50.00 | 50.00 |
| 1.00 | Parts Washer-221 | Parts Washer Servicing | 90.00 | 90.00 |
| 2.00 | Supplies | Supplies: Bags of Absorbants | 125.00 | 250.00 |

Check/Credit Memo No: 4091

| | |
|---|---|
| Subtotal | 390.00 |
| Sales Tax | |
| Total Invoice Amount | 390.00 |
| Payment/Credit Applied | 390.00 |
| **TOTAL** | **0.00** |

# INVOICE

Invoice Number: 885
Invoice Date: Jun 10, 2004
Page: 1

*Duplicate*

Voice:
Fax:

**Bill To:**
Columbia Power Sports
Attn: Keren
6217 Two Notch Road
Columbia, SC 29223

**Ship to:**
Columbia Power Sports
3750 Fernandina Road
Columbia, SC 29210

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Columbia Power S-643 | Fernandina Rd. | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| JMS | | 6/9/04 | 7/10/04 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 86.00 | Non-Haz Dispo-175 | Non-hazardous waste solids, Picked up used tires - Manifest #29835 | 2.00 | 172.00 |
| 2.00 | Non-Regulated | Non-Regulated Material - Drums of gasoline mixture | 275.00 | 550.00 |
| 1.00 | Drums | Waste Drums - Poly Drum | 40.00 | 40.00 |
| 1.00 | Empty Drums -95 | Empty Drums - Metal | 40.00 | 40.00 |
| 2.00 | Absorbents | Non-hazardous waste solids, absorbents - 2 Bales absorbents pads | 65.00 | 130.00 |

Check/Credit Memo No: 4329

| | |
|---|---|
| Subtotal | 932.00 |
| Sales Tax | |
| Total Invoice Amount | 932.00 |
| Payment/Credit Applied | 932.00 |
| **TOTAL** | **0.00** |

# INVOICE

Invoice Number: 998
Invoice Date: Aug 17, 2004
Page: 1

*Duplicate*

Voice:
Fax:

**Bill To:**
Columbia Power Sports
Attn: Keren
6217 Two Notch Road
Columbia, SC 29223

**Ship to:**
Columbia Power Sports
3750 Fernandina Road
Columbia, SC 29210

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| Columbia Power S-643 | Two Notch Road | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| JMS | | 8/13/04 | 9/16/04 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1.00 | Parts Washer-221 | Parts Washer Servicing | 90.00 | 90.00 |
| 1.00 | Used Oil Filt | Used Oil Filters - Manifest #29803 | 75.00 | 75.00 |
| 71.00 | Non-Haz Dispo | Non-Hazardous Waste Disposal - 71 Tires | 2.00 | 142.00 |

Check/Credit Memo No: 4625

| | |
|---|---|
| Subtotal | 307.00 |
| Sales Tax | |
| Total Invoice Amount | 307.00 |
| Payment/Credit Applied | 307.00 |
| **TOTAL** | **0.00** |