ROBERT JAY HARRISON, MD, MPH - May 28, 2014

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF SOUTH CAROLINA
 3                     COLUMBIA DIVISION
 4  SUSAN BOYKIN, INDIVIDUALLY AND )
    AS PERSONAL REPRESENTATIVE OF  )
 5  THE ESTATE OF PHILIP BOYKIN,   )
                                   )
 6              Plaintiff,         )
                                   ) Case No. 3:13-cv-00417MBS
 7         vs.                     )
                                   )
 8  SPECTRUM LUBRICANTS CORP.,     ) Volume I
    Acuity Specialty Products,     )
 9  Inc., Zep, Inc., Acuity        ) Pages 1 - 158
    Specialty Products Group,      )
10  Inc., Safety Kleen Systems,    )
    Inc., Bel-Ray Company, Inc.,   )
11  Wurth USA, Inc., Wurth/Service )
    Supply, Inc., Wurth Action     )
12  Bolt & Tool Co., Exxon Mobil   )
    Corporation, John Does 1-100   )
13  (whose true names are unknown) )
    and Idemitsu Lubricants        )
14  American Corporation,          )
                                   )
15              Defendants.        )
    _____)
16                    DEPOSITION OF
17            ROBERT JAY HARRISON, MD, MPH
18                    May 28, 2014
19
20  Reported By: ALICE CHANG, RPR, CSR NO. 13654
21  ------------------------------------------------------------
22                 JAN BROWN & ASSOCIATES
23        WORLDWIDE DEPOSITION & VIDEOGRAPHY SERVICES
24      701 Battery Street, 3rd Floor, San Francisco, CA 94111
25             (415) 981-3498 or (800) 522-7096
```

1

EXHIBIT A

ROBERT JAY HARRISON, MD, MPH - May 28, 2014

1   question was different.
2   　　　　Do you agree with me that there remains a
3   debate among qualified, right-thinking scientists and
4   physicians on the question of whether benzene can cause
5   non-Hodgkin's lymphoma in humans?
6   　　　　MR. STEWART:  Form objection.
7   　　　　THE WITNESS:  I would agree there are other
8   experts who believe that question is uncertain.  That's
9   all I would say.  I would say that I don't agree with
10  those experts, and I think the interpretation of the
11  medical literature by others aside from myself, who are
12  excellent scientists, have concluded that it is probable
13  that benzene causes NHL.
14  　　　　MR. RIFF:
15  　　Q.   What authoritative bodies can you point to
16  which agree with you?
17  　　**A.   There are many authoritative bodies that**
18  **conclude that benzene is a carcinogen to the**
19  **blood-forming system that have reviewed the NHL**
20  **literature.  Those bodies don't -- they don't comment on**
21  **causation.**
22  　　Q.   Well --
23  　　**A.   And they don't because that's not what they**
24  **are intended to do.**
25  　　Q.   But what about --

94